UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES D HEBERT et al., | CASE NO. C24-00943-KKE |
| Plaintiff(s), | ORDER LIFTING STAY AND DIRECTING ENTRY OF AMENDED CASE SCHEDULE |
| v. | |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | |
| Defendant(s). | |

This matter comes before the Court on the parties' Joint Status Report. Dkt. No. 33. On September 11, 2025, the Court granted the parties' motion to vacate the amended case schedule and to stay case deadlines (Dkt. No. 27) and ordered the parties to file a Joint Status Report in sixty days to provide updates on their progress. Dkt. No. 29. In the Joint Status Report, the parties proposed approximate dates for the completion of discovery, filing of dispositive motions, and trial, but requested the Court defer entry of a new case schedule until "early January 2026." Dkt. No. 33 at 2.

While the parties report that both sides are adding new attorneys to the case that require time to get up to speed, they do not identify a reason to delay entry of a case schedule. The approximate dates proposed by the parties will accommodate new counsel, and any schedule entered using the Court's standard offsets will generally accommodate the approximated dates.

ORDER LIFTING STAY AND DIRECTING ENTRY OF AMENDED CASE SCHEDULE - 1

As such, the parties are directed to contact the Courtroom Deputy via email (KKEcrd@wawd.uscourts.gov) no later than November 25, 2025 to obtain a trial date after July 2026.

Accordingly, the Court LIFTS the stay and directs the Clerk to enter a case schedule consistent with the Court's standard offsets.

Dated this 18th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY AND DIRECTING ENTRY OF AMENDED CASE SCHEDULE - 2