UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES D HEBERT et al.,
                    Plaintiff(s),

    v.

HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                    Defendant(s).

CASE NO. C24-00943-KKE

ORDER GRANTING MOTION TO
AMEND CASE SCHEDULE

Now before the Court is the parties' joint motion to continue the case schedule. Dkt. No. 36. The parties, citing ongoing and significant health issues affecting counsel, aver that they have been "unable to complete the litigation activities necessary to adequately prepare this case for trial," which, as scheduled, will begin on August 31, 2026. Dkt No. 36. The parties request a trial continuance until February 22, 2027.

Finding good cause, the Court GRANTS the parties' joint motion to continue the case schedule. Dkt. No. 36. The Clerk is directed to enter an amended case schedule consistent with the Court's standard offsets.

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO AMEND CASE SCHEDULE - 1