THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES D. HEBERT and CYNTHIA SULLIVAN HEBERT, husband and wife, and HR2 RESEARCH AND ANALYTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a property and casualty company of The Hartford,<br><br>Defendant. | Case No.: 2:24-cv-00943-KKE<br><br>JOINT MOTION TO STAY CASE FOR SIX MONTHS<br><br>**NOTE ON MOTION CALENDAR: JULY 23, 2026** |

For the reasons set forth below, the parties jointly move the Court to abate or stay this case for a period of six months, until January 1, 2027, due to the hospitalization and disability of Plaintiff James Hebert. The parties request that the current case deadlines, including the trial date, be stricken and that they be permitted to submit a joint status report on or before January 1, 2027. Counsel have conferred about the requested duration and need for the stay and are in agreement.

**II. FACTUAL BACKGROUND**

This is an insurance coverage and bad faith case. Since this court entered its amended case schedule, Plaintiff, James Hebert, who is elderly, has been hospitalized and diagnosed with



VANCE LAW OFFICE
1066 S BREEZY WAY
POST FALLS, ID 83854 208-262-8115

severe dementia. He is unable to testify in deposition and assist in this case. Mrs. Hebert has health problems of her own (a heart patient) and she has been unable to assist in responding to discovery requests. Plaintiffs' counsel has prevailed upon his clients to agree to the appointment of a guardian ad litem for the purpose of marshalling the case forward. Currently, Jim Hebert does not agree. Mrs. Hebert is agreeable to the GAL. It appears that more time will be needed before a petition for appointment of a GAL can be filed. Accordingly, the parties request a six month stay of this case, until January 1, 2027, at which time they will submit a Joint Status Report.

Counsel have conferred regarding these difficulties and have agreed that with an expert disclosure deadline coming up on July 27, 2026, a motion to stay was warranted. Counsel have worked cooperatively, but the parties are currently unable to complete discovery, in compliance with the current scheduling order, and before trial.

## III. LEGAL AUTHORITY

"The dates set forth in the Court's scheduling order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown." Dkt # 35 at 2; *see* also LCR 16(b)(6); Fed. R. Civ. P. 16(b)(4). Good cause exists for the requested stay. The resulting inability to complete discovery and expert disclosures, being due to Mr. Hebert's disability, constitutes circumstances beyond the parties' control. The stay will not prejudice either party and both parties agree.

## IV. CONCLUSION

For the foregoing reasons, the parties request that this motion be granted and the Court stay the case for six months, until January 1, 2027, at which time they will submit a joint status report.

DATED: July 21, 2026



VANCE LAW OFFICE
1066 S BREEZY WAY
POST FALLS, ID 83854 208-262-8115

VANCE LAW OFFICE

By: /s Kelly Vance

Calvin P. "Kelly" Vance, WSBA 29520
moldlawyer@aol.com
Attorney for Plaintiffs James D. Hebert, Cynthia Sullivan Hebert, and HR2 Research and Analytics Inc.

CLYDE & CO US LLP

By: /s Matthew Sekits

Matthew J. Sekits, WSBA 26175
matthew.sekits@clydeco.us
Attorney for Defendant Hartford Underwriters Insurance Company

## V. ORDER

It is so ordered. The case is hereby stayed for six months. The trial date and the pretrial deadlines will be VACATED accordingly. The parties are ORDERED to file a Joint Status Report on or before January 1, 2027, apprising the Court as to the parties' progress and whether a new case schedule should be entered.

DATED this 28th day of July, 2026

Kymberly K. Evanson
United States District Judge

Presented by:

VANCE LAW OFFICE

By ___s/ Kelly Vance ________________________
Calvin P. "Kelly" Vance, WSBA # 29520
E-mail: moldlawyer@aol.com
Attorney for Plaintiffs James D. Hebert, Cynthia Sullivan Hebert, and HR2 Research and Analytics, Inc.

CLYDE & CO US LLP

By ___/s Matthew J. Sekits____________
Matthew J. Sekits, WSBA #26175
E-mail: matthew.sekits@clydeco.us
Attorney for Defendant Hartford Underwriters Insurance Company



VANCE LAW OFFICE
1066 S BREEZY WAY
POST FALLS, ID 83854 208-262-8115